UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GROUP 1 AUTOMOTIVE INC., et al.,

        Plaintiff(s),        Case No. 20-11262

v.        Honorable Mark A. Goldsmith

BROSE SCHLIESYSTEME GMBH & CO.
KOMMANDITGESELLSCHAFT, et al.,        Magistrate Judge Anthony P. Patti

        Defendant(s).
                                                              /

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

        This case appears to be a companion case to Case No.   12-md-02311  . Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Marianne O. Battani and Magistrate Judge                       .

                                                                s/Mark A. Goldsmith
                                                               Mark A. Goldsmith
                                                               United States District Judge

                                                               s/Marianne O. Battani
                                                               Marianne O. Battani
                                                               United States District Judge

---

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
        Case type:  CIVIL

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date:  May 26, 2020                                           s/ S Schoenherr
                                                                    Deputy Clerk

cc:     Parties and/or counsel of record
         Honorable Marianne O. Battani