UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: Automotive Parts Antitrust Litigation | |
| In Re: Side Door Latches | Master File No. 2:12-md-02311 |
| This Document Relates To:<br><br>Case No. 2:20-cv-11262 | Judge: Hon. Sean F. Cox |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of their voluntary dismissal with prejudice of the following Defendants for the claims set forth in the Original Complaint (Dkt. No. 01): Brose Schließsysteme GmbH & Co. Kommanditgesellschaft, Brose North America, Kiekert AG, and Kiekert U.S.A., Inc. (collectively, the "Dismissed Defendants"). The Dismissed Defendants have not filed answers or motions for summary judgment with respect to Plaintiffs' Original Complaint filed on May 20, 2020.

DATED: January 14, 2021.

Respectfully submitted,

*/s/ Andrew G. Pate*
Michael B. Angelovich
Texas Bar No. 00785666
Jeffrey J. Angelovich
Texas Bar No. 00786988
Andrew G. Pate
Texas Bar No. 24079111
Winn Cutler
Texas Bar No. 24084364
**NIX PATTERSON, LLP**
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335

mangelovich@nixlaw.com
jangelovich@nixlaw.com
dpate@nixlaw.com
winncutler@nixlaw.com

Keith Butler
California Bar No. 215670
**STRANGE & BUTLER LLP**
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210
kbutler@strangeandbutler.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2021, I caused a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Andrew G. Pate
Andrew G. Pate